

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Lane Wesley Keller, Appellant

No. 06-18-00094-CR     v.

The State of Texas, Appellee

Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. 1726293). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

      As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

      We further order that the appellant, Lane Wesley Keller, pay all costs of this appeal.

RENDERED JULY 25, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk